**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Brooks,<br><br>       Plaintiff,<br><br>  v.<br><br>Laboratory Corporation of America, et al.,<br><br>       Defendants. | No. CV-06-2061-PHX-SMM<br><br>**ORDER** |

   Pending before the Court is the parties' Stipulation to Extend Deadline for Exchanging Rule 26(a)(1) Disclosure Statements. (Dkt. 19) Good cause appearing,

   **IT IS ORDERED GRANTING** the parties' Stipulation to Extend Deadline for Exchanging Rule 26(a)(1) Disclosure Statements. (Dkt. 19)

   **IT IS FURTHER ORDERED** that the parties shall have through June 25, 2007, to exchange their respective initial disclosures.

   DATED this 18th day of June, 2007.

Stephen M. McNamee
United States District Judge