**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia S. Brooks,<br><br>    Plaintiff,<br><br>    v.<br><br>Laboratory Corporation of America, et al.,<br><br>    Defendants. | CIV-06-2061-PHX-SMM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 31), and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing the above-entitled action with prejudice, with the Parties to bear their own costs and attorneys' fees.

DATED this 14th day of December, 2007.

Stephen M. McNamee
United States District Judge